**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RITA MEADEN,<br>individually and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HARBORONE BANK,<br><br><br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 1:23-cv-10467-AK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES,**
**COSTS, AND SERVICE AWARD**

      Plaintiff Rita Meaden ("Plaintiff"), on behalf of the proposed Settlement Class, by and through her attorneys, KalielGold PLLC and Whatley Kallas, LLP, respectfully submits this Unopposed Motion for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs, and Service Award.

      In support of this Motion, Plaintiff relies on (1) her Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs, and Service Award; and (2) the Declaration of Sophia G. Gold in support thereof, all filed concurrently herewith, as well as the pleadings, legal authorities, facts, and other information cited or referred to therein. Defendant does not oppose this Motion.

      WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Final Approval of Class Action Settlement and for an Award of Attorneys' Fees, Costs, and Service Award, and enter a Final Approval Order, in the form attached as Exhibit A hereto.

2

Dated: September 11, 2023										Respectfully submitted,

**WHATLEY KALLAS, LLP**

*/s/ Patrick J. Sheehan*
Patrick J. Sheehan (BBO # 639320)
psheehan@whatleykallas.com
101 Federal Street, 19th Floor
Boston, MA 02110
Tel: (617) 203-8459

**KALIELGOLD PLLC**
Jeffrey Kaliel
jkaliel@kalielpllc.com
Sophia Gold
sgold@kalielgold.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

## **CERTIFICATE OF SERVICE**

I, Patrick J. Sheehan, hereby certify that on this 11th day of September, 2023, I caused a copy of the foregoing to be served electronically via CM/ECF upon the following counsel of record:

>Matthew G. Lindenbaum
>Nelson Mullins Riley & Scarborough LLP
>One Financial Center, Suite 3500
>Boston, Massachusetts 02111
>Matthew.lindenbaum@nelsonmullins.com

*/s/ Patrick J. Sheehan*
Patrick J. Sheehan